UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIVIANO REYES-PONCE,<br><br>              Petitioner,<br><br>  v.<br><br>LINDA SANDERS (Warden),<br><br>              Respondent. | No. CV 11-7789-JVS(CW)<br><br>ORDER ACCEPTING REPORT<br>AND RECOMMENDATION OF<br>UNITED STATES<br>MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge and all objections thereto. The court has made a <u>de novo</u> determination with respect to those portions of the Report and Recommendation as to which objection has been made.[1]

**IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; (2) that Respondent's motion to dismiss (docket no. 8, filed November 30, 2011) be granted;

---

[1] Petitioner has filed his objections in the form of a "motion to set aside" the Report and Recommendation. [Docket no. 17, filed September 10, 2012.]

1

(3) that Petitioner's motion to set aside Report and Recommendation (docket no. 17, filed September 10, 2012) be denied; and (4) that judgment be entered dismissing the action for lack of jurisdiction.

DATED: September 19, 2012

_____
JAMES V. SELNA
United States District Judge