# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BIVIANO REYES-PONCE, | ) | No. CV 11-7789-JVS(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| LINDA SANDERS (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed for lack of jurisdiction.

DATED: September 19, 2012

_____
JAMES V. SELNA
United States District Judge